FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 JAN -6  AM 9: 57

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| WARREN ADAM TAYLOR, | ) |
|  Plaintiff, | ) |
| v. | ) CV 105-36 |
| STATE OF GEORGIA, UNIVERSITY HOSPITAL, | ) |
|  Defendants. | ) |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Plaintiff's complaint is **DISMISSED** for failure to state a claim on which relief may be granted, this civil action is **CLOSED**, and final judgment is **ENTERED** in favor of Defendants.

SO ORDERED this 6th day of January, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE